■ Dorothy Bonadonna et al., Respondents, v. Eileen R. Barry, Defendant, and Geraldine Harrington, Appellant. Marlen Brown, Respondent, v. Eileen R. Barry, Defendant, and Geraldine Harrington, Appellant. Eileen Barry, Respondent, v. Roy Harrington et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Onondaga Special Term denying motion by defendants Harrington for summary judgment in each of the three actions.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ Albert Ward, Respondent, v. Robert Kay et al., Appellants.— Judgment and order unanimously affirmed, with costs. (Appeals from judgment and order of Ontario Trial Term for plaintiff and against both defendants in an automobile negligence action. The order denied defendants' motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ In the Matter of the Accounting of First Trust & Deposit Company, as Trustee of the Trust for Suzanne H. L. Cross, under the Will of Willard C. Lipe, Deceased. Suzanne H. L. Cross, Appellant; First Trust & Deposit Company, Respondent.— Order insofar as appealed from unanimously affirmed, without costs of this appeal to either party, without prejudice to a further motion upon completion of the examination, upon a showing of necessity of a further examination. (Appeal from part of order of Onondaga Surrogate's Court denying motion by objectant to examine directors of the corporate trustee.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ The People of the State of New York, Respondent, v. Donald Burgess Nickerson, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying defendant's application to withdraw his plea of guilty or, in the alternative, to vacate judgment of conviction.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ The People of the State of New York, Respondent, v. James W. Burns, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying defendant's motion after a hearing to vacate judgment of conviction on plea of guilty and the sentence thereunder.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.